Lester R. MITCHELL, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

Department of Commerce, Intervenor.

No. 2008–3080.

United States Court of Appeals, Federal Circuit.

May 8, 2008.

Lester R. Mitchell, of Memphis, Tennessee, pro se.

Calvin M. Morrow, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, for respondent. With him on the brief were B. Chad Bungard, General Counsel, and Rosa M. Koppel, Deputy General Counsel.

Lauren S. Moore, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for intervenor. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

Before MAYER, SCHALL and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

* Honorable Faith Hochberg, District Judge, United States District Court for the District of New Jersey, sitting by designation.